AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| GARY G. YOUNG, an individual d/b/a MARTINI EYEWEAR and/or MARTINI BIKINI <br><br> *Plaintiff(s)* <br> v. <br> 3.1 PHILLIP LIM, LLC, a New York limited liability company, 3.1 PHILLIP LIM CA, INC., a California corporation, et.al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 3.1 PHILLIP LIM, LLC
304 Hudson Street
8th Floor North
New York, New York 10013

SEE ATTACHED RIDER FOR ADDITIONAL DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen L. Anderson
Anderson & Associates
31285 Temecula Parkway, Suite 240
Temecula, California 92592

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

```
STEPHEN L. ANDERSON  (CBN 150860)
STEVE ALDACO (CBN 216064)
ANDERSON & ASSOCIATES
31285 Temecula Parkway, Suite 240
Temecula, California 92592
Tel. (951) 296-1700
Fax (951) 296-0614
E: attorneys@brandxperts.com

Attorneys for Plaintiff
GARY G. YOUNG
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY G. YOUNG, an individual d/b/a MARTINI EYEWEAR and/or MARTINI BIKINI,<br><br>Plaintiff,<br><br>vs.<br><br>3.1 PHILLIP LIM, LLC, a New York limited liability company, 3.1 PHILLIP LIM CA, INC., a California corporation, 3.1 PHILLIP LIM RETAIL, LLC, a New York limited liability company, BARNEYS NEW YORK, INC., a Delaware corporation, GOOP INC., a Delaware corporation, NORDSTROM INC., a Washington corporation, SAKS FIFTH AVENUE LLC, a Massachusetts limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:<br><br>**RIDER TO SUMMONS** |

To:

**3.1 PHILLIP LIM, CA, INC.**
304 Hudson Street,
8th Floor North,
New York, New York 10013        and/or

631 N. Robertson Boulevard,
West Hollywood, California 90069;

**3.1 PHILLIP LIM RETAIL, LLC**
304 Hudson Street,
8th Floor North
New York, New York 10013;

**BARNEYS NEW YORK, INC.**
575 Fifth Avenue, 11th Floor
New York, New York 10017;

**GOOP INC.**
745 Fifth Avenue, Suite 500
New York, New York 10151;

**NORDSTROM INC.**
1700 7th Avenue, Suite 1500
Seattle, WA 98101;

**SAKS FIFTH AVENUE, LLC**
12 East 49th Street
New York, New York 10017